# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| DENA SWACKHAMMER,      ) | |
|      ) | |
| **Plaintiff,**      ) | |
|      ) | **CIVIL ACTION** |
| v.      ) | |
|      ) | **No. 03-2548-CM** |
|      ) | |
| SPRINT/UNITED MANAGEMENT CO.,      ) | |
|      ) | |
| **Defendant.**      ) | |
|      ) | |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

pursuant to the Memorandum and Order filed May 13, 2005, plaintiff to take nothing and the action is dismissed on the merits.  Defendant to recover of plaintiff its costs of action.

Date:   May 13, 2005                    RALPH L. DeLOACH, CLERK


                                        By: s/ Jane Stepp
                                        Jane Stepp, Deputy Clerk